LT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUN 24 2016 EAG

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael Lewis 20110020054

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Tom Dart, etc Al

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: 16 C 4560
(To be supplied by the Clerk of this Court)

Judge Gary Feinerman

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

√ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Michael Lewis

B. List all aliases: N/A

C. Prisoner identification number: 20140820057

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago, Ill, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Tom Dart

Title: Chief Sheriff

Place of Employment: Richard J Daley Center

B. Defendant: Power

Title: Officer

Place of Employment: Riverdale police department

C. Defendant: General Plumsey

Title: Detective

Place of Employment: Riverdale police department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ~~CV07~~ 15 C 7828

B. Approximate date of filing lawsuit: Aug 1 2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Morgan, Adams, Dann, Tom Dart, McKinney, Cross

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): North District of Illinois

F. Name of judge to whom case was assigned: Judge Marin

G. Basic claim made: Excessive Force, inAdequate medical Care, Failure to protect

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On August 15-2014, Riverdale police Officer's white male above 5-11 or 6 feet Dark brown hair Road pass 14505 So Lowe Looking into my vehicle, while another male SUV posted on the Corner of 14500 So Lowe, Black male light skin about 6 feet, once intering my Car both men ran the 7 house's down to where my Car was parked with Gun's pointed in my directions, I put my Car back into park, Both officer's instructed me to get out of my Car, which i did while the black officer's (John Doe') Keep his Service weapon aimed at me (John Doe)#2 put hand Cuff on me place me under arrest, Neither officer Read me my Miranda Right neither did either inform me of what i was being arrested for, yet once asked i was told nothing, I was Search repeatedly outside infront my Car, I was punched in the face by John Doe #2 asked him why and what did i do, He punched me in the Stomach, And then Stopped, At the riverdale police Station, Still i was inform of the reason for being detained in their police Station, (John Doe #1) Told me that i had to See a detective for unknowned reasons, I asked was it a warrent for my arrest and he told me ~~[illegible]~~ no then Stopped talking to me, I waited 50 hours before Seeing a detective, I was Suffering pain in my leg, Face, And Stomach because i was shot multiple time and had to take prescribed pain medication and a blood thinner. In which i still consume today, I stayed in a Cold room on Steel Structure type bed and ask for medical treatment When Some one Came down

To feed me, which i Couldn't eat any food from my stomach pain and leg Swelling, I was told by officer Power that she wasn't allow to provide me with anything, No Phone Calls or medical treatment only the detective Could, It was two days before i Saw any detective, He Mr Gerbert plumsey Came Spoken to me and Still wouldn't Send me out to recieve medicalCare once i told him of my medical issue's, He did provide me with a phone Call to have my family bring me my medication, which wasn'tadequate medicalCare and was use as a technique to interrogate me, Because i knew that i needed to get out of that police Station or else i was going to die, Once i Came to the Cook Country Jail i was put on infection due to my low blood levels, I Seek municipal Relief from each person (John Doe)#2 punitive, Compensatory damage force excessive force, John Doe #1 Compensatory damage for unlaw-ful Searches, Ms power and Mr plumsey for delibrarite indefferents for not providing adequate medical Care, And Also Mr plumsey for arresting me without probable Cause with a warrent to detain or bring me for questioning, And also the Chief of riverdale police department for not training their officer's right, Compensatory damage On August 19-2014, I was taken to markham Court house for bond, my P-D-(mary Dee) informed me of this back ground or Criminal history that i had exponged over 3 years ago, I thought that the Office of the Sheriff department was Responsible for updating and processing all new and old Case through All Citie's, States, and County Jails and also Correctional prisons of

Expungments and verifications of Court orders or recommendations. which Some "John Doe/Jane Doe" is responsible not processing expungment files, Is negligents and i Served as A tool in the Judge decision to raise my bail to $750.000.00 while being very Cruel And punishable becouse bond was made beyond my means of reaching or posting bond, I can't Afford it, Becuse my Criminal history was Out of Cook Countrey Jail System, But not Markham System which it was Suppose to be Cities and State wide across the united States, Which Cause me to live in disComfort, So I ask for Relief, for Tom Dart Inadequate processing of files, punitive and Compensatory damage As the Courts may deem fit as while as to Consider other damages that is unknowned by the Camplaintiff Thank you.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Courts to award my for all my Constitutional voilation that I should be protected from. Excessive force, Cruel and unusual punishment Neglect, Inadequate medical, Indifferent deliberance, and the Municipal damage punitive damage, normal damage, Compensatory damage, ~~deal~~ declaratory damages, 2.5 million in damages

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Tue day of 7, 20 16

Michael Lewis [signature]
(Signature of plaintiff or plaintiffs)

Michael Lewis
(Print name)

20140822054
(I.D. Number)

P.O. Box 089002
Chicago Ill. 60608
(Address)

Revised 9/2007