In The United States District Court
For the Northern District of Illinois Eastern Division

Plaintiff
  Michael L. Lewis

vs

Defendant
  Thomas J Dart
  Gilbert Plumsey
  Power
  John Doe "1" And "2"

Case 16 CV4560

FILED
AUG 31 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Plaintiff First Amended Complaint

Plaintiff Michael L Lewis Pro. Se Comes before the Honorable Courts with his Complaints against Sheriff Thomas J Darts, Gilbert Plumsy, MB Power, John Does "1" And "2" And Certain Unknown employee/agents of the Richard J. Daily Center, And Certain Unknown Employee/agents (Collectively defendant) States as follow

1) This action is brought pursuant to 42 U.S.C § 1983 to redress the deprivation, under the Color of law Plaintiff right as Secured by the United States Constitution.

2) Plaintiff Michael L Lewis Struggle to have his Criminal background expung to have a better life style in providing for his family and Love Ones, While being a Victimize by Multiple Gunshot Woons, Plaintiff has had Lungs repair, kidney repair, And Livers damaged Dispite Plaintiff medical Conditions or needs, deliberate indifference to michael Lewis, expungments or Concealing of Plaintiff Criminal Records, has endured Plaintiff to be placed on high endangerous person list by Riverdale police department, That Sheriff Thomas

1 Page

Opperates Under the Color of law, By policy or Custom to process All records and file accurately, making Changes by daily to updating the Computer System to delete record or add records, Markham Court house has Use against Plaintiff of Criminal records in which they never Should've had without going before a Judge to have it reopened in Such procedure within the Color of the law explains,

4) There forth its more than accurate to not dismiss Thomas Darts from a Complaint that he is responsible by State law by Duties. See Twombly, 550 U.S. at 555. (Complaintiff has given Sufficient information about its Claim to give defendant Fair notice.

### Juridiction and Venue

5) The Court has Juridistion over this action Pursuant to 28 U.S.C § 1331 and the Second amendment, Eight amendment to the United State Constitution,

6) Venue is proper under 28 U.S.C § 1391 (b) because of the operative facts which give rise to the # Claims asserted herein Occured in the Northern district of Illinois

### Parties

7) Plaintiff Michael L Lewis is an individual presently incarcerated in the Cook Count Correctional institution, At All relevant to the events at issue in this Suit Mr Lewis is a pretrail detainee incarcerated in the Cook County jail with relevents to markham Court house using Plaintiff Criminal records (which was expunged and consealed) to voilate his eight amendment right by under the Color of State law, Was A Cruel and Unusual punishment to Sat Bond beyond Plaintiff means to Obtain

is beyond his economic reach to post, Defendant Thomas Dart is responsible an entity of Cooks County Government, He is a municipal Corporation located at Richard J Daley Center of Illinois organized pursuant to Illinois State laws. Surely accountable for the employee screening, treatments, and over all daily operation of Court procedures,

Plaintiff response to Thomas J Dart relevants to his Suit against all Defendants of factuals

Day August 8, 2016
Respectfully
Michael L. Lewis
M Lewis